The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES CULTRARA, on his own behalf and on behalf of all others similarly situated,

Plaintiff,

and

STATE OF WASHINGTON,

Proposed Plaintiff-Intervenor,

v.

TIMEX GROUP USA, INC., a Delaware corporation,

Defendant.

NO. 2:26-cv-00445-KKE

STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.020. Defendant Timex Group USA, Inc.'s Motion to Dismiss the First Amended Complaint (Dkt. 26) argues that CEMA violates the Due Process Clause of the U.S. Constitution and Article II, Section 37 of the Washington State Constitution. On May 21, 2026,

Defendant filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 29.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by **July 20, 2026**.

To avoid duplicative filings and unnecessary burden on Defendant and the Court, the parties agree and stipulate that Defendant may file a combined reply to Plaintiff's and the State's respective briefs in opposition to the Motion to Dismiss. The combined reply will be due **August 3, 2026**. The Court previously entered a stipulation noting the Motion to Dismiss for hearing on July 9, 2026. Dkt. 24. To accommodate the State's intervention and submission of a brief, the parties agree and request the Motion to Dismiss be re-noted for hearing on **August 3, 2026**. Further, the parties stipulate, subject to Court approval, that Defendant will receive an expanded page limit of 6,300 words to accommodate their need to respond to two separate briefs in a combined reply.

//
//
//
//
//
//
//
//

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 2
(2:26-cv-00445-KKE)

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 15, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*

BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Claire McNamara*

CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-474-7744
ben.brysacz@atg.wa.gov
claire.mcnamara@atg.wa.gov

Dated: June 15, 2026

COHENMALAD, LLP

*s/ Lynn A. Toops (with permission)*

LYNN A. TOOPS, *pro hac vice*
NATALIE A. LYONS, *pro hac vice* forthcoming
IAN R. BENSBERG, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

STRAUSS BORELLI LLP

SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL  60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 3
(2:26-cv-00445-KKE)

STRANCH, JENNINGS, & GARVEY PLLC

J. GERARD STRANCH, IV, *pro hac vice* forthcoming
MICHAEL C. TACKEFF, *pro hac vice*
ANDREW K. MURRAY, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

Dated: June 15, 2026

DAVIS WRIGHT TREMAINE LLP

*s/ Lauren B. Rainwater (with permission)*
LAUREN B. RAINWATER, WSBA #43625
RACHEL HERD, WSBA #50339
SANCHO ACCORSI, *pro hac vice* forthcoming
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206.622.3150
Fax: 206.757.7700
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: sanchoaccorsi@dwt.com

*Attorneys for Defendant Timex Group USA, Inc.*

*I certify that this memorandum contains 347 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 4
(2:26-cv-00445-KKE)

**ORDER**

The parties' stipulated motion is GRANTED.  Dkt. No. 34.  The clerk is directed to add the State of Washington to the docket as a Plaintiff-Intervenor and to RE-NOTE the pending motion to dismiss for August 3, 2026.  Dkt. No. 26.  Opposition briefs are due July 20, 2026, and Defendant's combined reply brief (due August 3, 2026) shall be no longer than 6,300 words.

The State may file a response to the order to show cause regarding a stay (Dkt. No. 33) no later than July 1, 2026.

Dated this 15th day of June, 2026.

Kymberly K. Evanson
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 5
(2:26-cv-00445-KKE)